**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-10543 |
| Plaintiff - Appellee, | D.C. No. 2:03-cr-00350-LRH |
| v. | |
| JAMAR BELIN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Nevada
Larry R. Hicks, District Judge, Presiding

Submitted June 26, 2012[**]

Before:    SCHROEDER, HAWKINS, and GOULD, Circuit Judges.

Jamar Belin appeals from the eight-month sentence imposed upon

revocation of supervised release.  We have jurisdiction under 28 U.S.C. § 1291,

and we affirm.

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Belin contends that his sentence is substantively unreasonable because his supervised release violations were technical and he had shown improvement with his drug abuse. In light of the totality of the circumstances and the sentencing factors set forth in 18 U.S.C. § 3583(e), the within-Guidelines sentence is reasonable. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**